# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>OCTAVIO CALDERAS-GODINEZ,<br><br>　　　　Defendant. | Case No.: 19-MJ-22449-RNB-LAB<br><br>**ORDER STAYING PROCEEDNGS** |

Further proceedings in the case are stayed pending the Ninth Circuit decision in *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206, and *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, or until further order of the Court.

**IT IS SO ORDERED.**

DATED: 9/13/2019

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　　Chief United States District Judge